Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Jeanette Walling<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–9379 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7 8/11/26 |
| Case number: | 26–11564–smr | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Jeanette Walling | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | PO Box 200302<br>Austin, TX 78720 | |
| **4. Debtor's attorney**<br>Name and address | Elizabeth June Hickson<br>Hickson Law, P.C.<br>4413 Spicewood Springs Rd #216<br>Austin, TX 78759 | Contact phone 512–346–8597<br>Email: lizhickson@hicksonlawpc.com |
| **5. Bankruptcy trustee**<br>Name and address | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Contact phone (830) 407–5115<br>Email: pat.lowe.law@gmail.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (512) 916–5237<br><br>Date: 8/11/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 24, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 665 717 4178, Passcode, 3258264599 OR call (830) 542–7284**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/23/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-11564-smr

Jeanette Walling Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1 User: admin Page 1 of 2

Date Rcvd: Aug 11, 2026 Form ID: 309A Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette Walling, PO Box 200302, Austin, TX 78720-0302 |
| 19275595 | + | Personify Financial, 2150 South 1300 East #400, Millcreek, UT 84106-4336 |
| 19275600 | + | Woodland Pines Apartments, 425 Rayford Road, Oak Ridge North, TX 77386-3548 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lizhickson@hicksonlawpc.com | Aug 11 2026 23:38:00 | Elizabeth June Hickson, Hickson Law, P.C., 4413 Spicewood Springs Rd #216, Austin, TX 78759 |
| tr | + | EDI: QJPLOWE.COM | Aug 12 2026 03:34:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 11 2026 23:38:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 19275586 | | EDI: CAPITALONE.COM | Aug 12 2026 03:34:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 19275587 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 11 2026 23:38:00 | Cash Net USA, 200 W. Jackson Blvd. 14th floor, Chicago, IL 60606-6929 |
| 19275588 | + | EDI: PHINGENESIS | Aug 12 2026 03:34:00 | Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 19275589 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2026 23:50:49 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 19275590 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2026 23:50:54 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 19275591 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2026 23:38:00 | Midland Credit Management, 320 E Big Beaver Rd Ste, Troy, MI 48083-1271 |
| 19275592 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 11 2026 23:38:00 | National Credit System, 3750 Naturally Fresh Blv, Atlanta, GA 30349 |
| 19275593 | ^ | MEBN | Aug 11 2026 23:37:58 | NCB, 1 Allied Drive, Trevose, PA 19053-6945 |
| 19275594 | | Email/Text: bk@stuartlippman.com | Aug 11 2026 23:38:00 | Occidental Life, c/o Stuart-Lippman And Associates, Inc., 5447 East 5th Street Suite 110, Tucson, AZ 85711-2345 |
| 19275596 | + | Email/Text: bk@wecollectit.com | Aug 11 2026 23:38:00 | PIF, Inc., PO Box 43228, Phoenix, AZ 85080-3228 |
| 19275597 | | Email/Text: info@plazaservicesllc.com | Aug 11 2026 23:38:00 | Plaza Services LLC, 110 Hammond Drive Suite 110, Atlanta, GA 30328 |
| 19275598 | | EDI: PRA.COM | Aug 12 2026 03:34:00 | Portfolio Recovery Associates, 120 Corporate |

| | | | |
|---|---|---|---|
| | | | Blvd, Norfolk, VA 23513 |
| 19275599 | Email/Text: bankruptcy@springoakscapital.com | Aug 11 2026 23:38:00 | Spring Oaks Capital LLC, 1400 Crossways Blvd Ste, Chesapeake, VA 23320 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters